ROSE RIEHL and Another, Respondents, v. WEST FARMS-TREMONT CORPORATION, Appellant.*

Supreme Court, Appellate Term, First Department, December 4, 1936.

*Chauncey L. Grant* [*Walter L. Glenney* of counsel], for the appellant.

*Joseph R. Damico* [*Abraham L. Lazarus* of counsel], for the respondents.

* Affg. 159 Misc. 800.

Per Curiam. There was proof of the violation of an ordinance with respect to lighting, and under the circumstances defendant's negligence and plaintiff's contributory negligence were questions of fact. It was error, therefore, for the court to dismiss the complaint, and the order setting aside the dismissal was proper.

Order affirmed, with costs to respondents to abide the event.

Present — Lydon, Levy and Callahan, JJ.